# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DAVID T. SLABEK           :        CHAPTER 13
          CHRISTY M. SLABEK        :
          Debtors                  :        NO. 19-12063

## ORDER

AND NOW, Upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **May 1, 2019** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months income information.

Date:  4/23/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**