| 00667 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / 35T 21557733 | 01/03 | 6988346 | 1 of 1 |

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

**Earnings Statement**

ADP

Period Starting: 02/09/2019
Period Ending: 02/22/2019
Pay Date: 02/27/2019

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:   1                Federal:   20.00 Addnl
  State:     0                State:
  Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 72.00 | 1548.00 | 7826.00 |
| Overtime | 32.2500 | 6.50 | 209.63 | 1032.01 |
| Vacation | | | 0.00 | 258.00 |
| Sick | 21.5000 | 8.00 | 172.00 | 344.00 |
| **Gross Pay** | | | **$1,929.63** | **$9,460.01** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -162.79 | 791.36 |
| Social Security | -119.64 | 586.52 |
| Medicare | -27.98 | 137.17 |
| Pennsylvania State Income | -59.24 | 290.41 |
| Pennsylvania State UI | -1.16 | 5.68 |
| Phila R Local Income | -74.89 | 367.13 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical 1 | -76.00 | 380.00 |
| Miscellaneous | -0.50 | 2.50 |

**Net Pay**    **$1,407.43**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 8.00 | 16.00 |
| - Balance | | 0.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 12.00 |
| - Balance | | 108.00 |
| Total Hours Worked | 78.50 | 396.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 1407.43 |

© 1998, 2006. ADP, LLC   All Rights Reserved.

Your federal taxable wages this period are  $1,929.63

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Pay Date:    02/27/2019

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 1407.43 |



THIS IS NOT A CHECK

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| 00842 Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RK / 35T 21557733 | 01/03 | 6937732 | 1 of 1 | **Earnings Statement** | ADP |

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Period Starting: 01/26/2019
Period Ending: 02/08/2019
Pay Date: 02/13/2019

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal: 1                   Federal: 20.00 Addnl
  State:   0                   State:
  Local:   0                   Local:
Social Security Number: XXX-XX-XXXX

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 72.00 | 1548.00 | 6278.00 |
| Overtime | 32.2500 | 8.00 | 258.00 | 822.38 |
| Vacation | 21.5000 | 8.00 | 172.00 | 258.00 |
| Sick | | | 0.00 | 172.00 |
| **Gross Pay** | | | **$1,978.00** | $7,530.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -168.59 | 628.57 |
| Social Security | -122.63 | 466.88 |
| Medicare | -28.68 | 109.19 |
| Pennsylvania State Income | -60.72 | 231.17 |
| Pennsylvania State UI | -1.19 | 4.52 |
| Phila R Local Income | -76.76 | 292.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical 1 | -76.00 | 304.00 |
| Miscellaneous | -0.50 | 2.00 |
| **Net Pay** | **$1,442.93** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 8.00 |
| - Balance | | 8.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 8.00 | 12.00 |
| - Balance | | 108.00 |
| Total Hours Worked | 80.00 | 317.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX) | XXXXXXXXX | 1442.93 |

Your federal taxable wages this period are $1,978.00

© 1998, 2006. ADP, LLC  All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Pay Date: 02/13/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXX) | XXXXXXXXX | 1442.93 |

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK  •  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
00716
Company Code    Loc/Dept    Number    Page
RK / 35T 21557733    01/03    6888056   1 of 1
N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135
```

# Earnings Statement

**ADP**

Period Starting: 01/12/2019
Period Ending: 01/25/2019
Pay Date: 01/30/2019

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
  Federal:  1                     Federal:  20.00 Addnl
  State:    0                     State:
  Local:    0                     Local:
Social Security Number: XXX-XX-XXXX

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular  | 21.5000 | 72.00 | 1548.00 | 4730.00 |
| Overtime | 32.2500 | 7.50  | 241.88  | 564.38  |
| Vacation |         |       | 0.00    | 86.00   |
| Sick     | 21.5000 | 8.00  | 172.00  | 172.00  |
| **Gross Pay** | | | **$1,961.88** | **$5,552.38** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -166.66 | 459.98 |
| Social Security | -121.64 | 344.25 |
| Medicare | -28.45 | 80.51 |
| Pennsylvania State Income | -60.23 | 170.45 |
| Pennsylvania State UI | -1.18 | 3.33 |
| Phila R Local Income | -76.14 | 215.48 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical 1 | -76.00 | 228.00 |
| Miscellaneous | -0.50 | 1.50 |
| **Net Pay** | **$1,431.08** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 8.00 | 8.00 |
| - Balance | | 8.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 4.00 |
| - Balance | | 116.00 |
| Total Hours Worked | 79.50 | 237.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX | XXXXXXXXX | 1431.08 |

Your federal taxable wages this period are $1,961.88

© 1998, 2006. ADP, LLC All Rights Reserved.

---

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Pay Date: 01/30/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXX | XXXXXXXXX | 1431.08 |

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| 00802 RK / 35T 21557733 | 01/03 | 6840399 | 1 of 1 |

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

**Earnings Statement**

Period Starting:  12/29/2018
Period Ending:   01/11/2019
Pay Date:        01/16/2019

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 1                 Federal: 20.00 Addnl
  State:   0                 State:
  Local:   0                 Local:
Social Security Number: XXX-XX-XXXX

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 76.00 | 1634.00 | 3182.00 |
| Overtime | 32.2500 | 7.00 | 225.75 | 322.50 |
| Vacation | 21.5000 | 4.00 | 86.00 | 86.00 |
| **Gross Pay** | | | **$1,945.75** | **$3,590.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -164.72 | 293.32 |
| Social Security | -120.64 | 222.61 |
| Medicare | -28.21 | 52.06 |
| Pennsylvania State Income | -59.73 | 110.22 |
| Pennsylvania State UI | -1.16 | 2.15 |
| Phila R Local Income | -75.51 | 139.34 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical 1 | -76.00 | 152.00 |
| Miscellaneous | -0.50 | 1.00 |

| **Net Pay** | | **$1,419.28** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 16.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 16.00 |
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 120.00 |
|  - Taken Hours | 4.00 | 4.00 |
|  - Balance | | 116.00 |
| Total Hours Worked | 83.00 | 158.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX | XXXXXXXXX | 1419.28 |



© 1998, 2006. ADP, LLC  All Rights Reserved.

Your federal taxable wages this period are  $1,945.75

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Pay Date:  01/16/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX | XXXXXXXXX | 1419.28 |

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136