**Paystub 1 — Check Date: 02/13/2019**

Employee: SLABEK JR, DAVID  SSN: xxx-xx-8186

Hours and Earnings:

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 76.00 | 21.5000 | 1,634.00 |
| Overtime | 8.75 | 32.2500 | 282.19 |
| Vacation | 4.00 | 21.5000 | 86.00 |
| | 88.75 | | 2,002.19 |

Taxes:

| Tax | Amount |
|---|---|
| FED FIT | 171.49 |
| FED SOCSEC | 124.14 |
| FED MEDCARE | 29.03 |
| PA SIT | 61.47 |
| PA SUI | 1.20 |
| PA3901 - Philadelphia - Resident LIT | 77.70 |
| | 465.03 |

Deductions:

| Deduction | Amount |
|---|---|
| Medical 1 | 76.00 |
| Miscellaneous | 0.50 |
| | 76.50 |

Net Pay: 1,460.66

Employer:

| Liability | Amount |
|---|---|
| FED SOCSEC-ER | 124.14 |
| FED MEDCARE-ER | 29.03 |
| PA SUI-ER | 12.91 |
| | 166.08 |

Handwritten: 2/23 - 3/8

Check Date: 02/13/2019 / Direct Deposit / Checking / Account No: XXXXXX  1,460.66

---

**Paystub 2 — Check Date: 04/10/2019**

Employee: SLABEK JR, DAVID  SSN: xxx-xx-8186

Hours and Earnings:

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 61.00 | 21.5000 | 1,311.50 |
| Overtime | 1.50 | 32.2500 | 48.38 |
| Vacation | 19.00 | 21.5000 | 408.50 |
| | 81.50 | | 1,768.38 |

Taxes:

| Tax | Amount |
|---|---|
| FED FIT | 143.44 |
| FED SOCSEC | 109.64 |
| FED MEDCARE | 25.64 |
| PA SIT | 54.29 |
| PA SUI | 1.06 |
| PA3901 - Philadelphia - Resident LIT | 68.63 |
| | 402.70 |

Deductions:

| Deduction | Amount |
|---|---|
| Medical 1 | 76.00 |
| Miscellaneous | 0.50 |
| | 76.50 |

Net Pay: 1,289.18

Employer:

| Liability | Amount |
|---|---|
| FED SOCSEC-ER | 109.64 |
| FED MEDCARE-ER | 25.64 |
| | 135.28 |

Handwritten: 3/23 - 4/5

Check Date: 04/10/2019 / Direct Deposit / Checking / Account No: XXXXXX  $1,289.18