| 00636 Company Code | Loc/Dept | Number | Page | |
|---|---|---|---|---|
| RK / 35T 21557733 | 01/03 | 7088355 | 1 of 1 | |

**Earnings Statement**  ADP

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Period Starting: 03/09/2019
Period Ending: 03/22/2019
Pay Date: 03/27/2019

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:  1           Federal: 20.00 Addnl
  State:    0           State:
  Local:    0           Local:
Social Security Number: XXX-XX-XXXX

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 68.00 | 1462.00 | 10922.00 |
| Overtime | 32.2500 | 3.50 | 112.88 | 1427.08 |
| Vacation | 21.5000 | 12.00 | 258.00 | 602.00 |
| Sick | | | 0.00 | 344.00 |
| **Gross Pay** | | | **$1,832.88** | **$13,295.08** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -151.18 | 1114.03 |
| Social Security | -113.63 | 824.29 |
| Medicare | -26.58 | 192.78 |
| Pennsylvania State Income | -56.27 | 408.15 |
| Pennsylvania State UI | -1.10 | 7.98 |
| Phila R Local Income | -71.13 | 515.96 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical 1 | -76.00 | 532.00 |
| Miscellaneous | -0.50 | 3.50 |
| **Net Pay** | | **$1,336.49** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 0.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 12.00 | 28.00 |
| - Balance | | 92.00 |
| Total Hours Worked | 71.50 | 552.25 |

| Deposits | | | |
|---|---|---|---|
| account number | | transit/ABA | amount |
| XXXXX63 | | XXXXXXXXX | 1336.49 |

Your federal taxable wages this period are  $1,832.88

© 1998, 2006, ADP, LLC  All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID   THIS IS NOT A CHECK

N & N SUPPLY CO
5911 DITMAN ST
PHILADELPHIA, PA 19135

Pay Date:   03/27/2019

Deposited to the account              account number          transit/ABA          amount
Checking DirectDeposit                XXXXX                   XXXXXXXXX            1336.49

DAVID SLABEK JR
4205 BLEIGH AVE
PHILA, PA 19136