# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12063-ELF

DAVID T SLABEK
CHRISTY M SLABEK
4205 BLEIGH AVE.

PHILADELPHIA, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAVID T SLABEK
    CHRISTY M SLABEK
    4205 BLEIGH AVE.

    PHILADELPHIA, PA 19136

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                          /s/ William C. Miller

Date: 7/23/2019

                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee