# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12063-ELF

DAVID T SLABEK
CHRISTY M SLABEK
4205 BLEIGH AVE.

PHILADELPHIA, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAVID T SLABEK
    CHRISTY M SLABEK
    4205 BLEIGH AVE.

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 9/19/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee