# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12063-ELF

DAVID T SLABEK
CHRISTY M SLABEK
4205 BLEIGH AVE.

PHILADELPHIA, PA 19136

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID T SLABEK
    CHRISTY M SLABEK
    4205 BLEIGH AVE.

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                                  /S/ Kenneth E. West

Date: 6/27/2022                                          _____

                                                        Kenneth E. West, Esquire
                                                       Chapter 13 Standing Trustee