## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   DAVID. T. SLABEK
      CHRISTY M. SLABEK  :  CHAPTER 13
                                   :
      Debtor(s)                    :  BANKRUPTCY NO. 19-12063

### OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), David T. Slabek and Christy M. Slabek, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by PennyMac Loan Services LLC on July 27, 2023. Debtors believe they can become current on all post-petition payments due under the July 27, 2020 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: August 3, 2023