*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David T. Slabek and Christy M. Slabek
    Debtor(s)

Case No: 19–12063–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Creditor PENNYMAC LOAN SERVICES, LLC Filed by Christy M. Slabek, David T. Slabek

on: 8/29/23

at: 10:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

Date: 8/4/23

For The Court

Timothy B. McGrath
Clerk of Court

67 – 66
Form 167