# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 19-12063-mdc

       DAVID T SLABEK
       CHRISTY M SLABEK
       4205 BLEIGH AVE.

       PHILADELPHIA, PA 19136

            Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

       DAVID T SLABEK
       CHRISTY M SLABEK
       4205 BLEIGH AVE.

       PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

       PAUL H YOUNG, ESQ
       3554 HULMEVILLE RD
       SUITE 102
       BENSALEM, PA 19020-

                           /S/ Kenneth E. West

Date: 8/9/2023                _____

                           Kenneth E. West, Esquire
                           Chapter 13 Standing Trustee