United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                           Case No. 19-12063-mdc

David T. Slabek                                                                    Chapter 13

Christy M. Slabek

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                    Page 1 of 3

Date Rcvd: Sep 14, 2023                   Form ID: pdf900                              Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David T. Slabek, Christy M. Slabek, 4205 Bleigh Ave., Philadelphia, PA 19136-3912 |
| 14299530 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14299528 | | Account Resolution Services, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 14307751 | + | PennyMac Loan Services, LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 14 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 14 2023 23:36:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14299529 | + | Email/Text: bncnotifications@pheaa.org | Sep 14 2023 23:35:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 14299533 | | Email/Text: collectors@arresourcesinc.com | Sep 14 2023 23:35:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14299534 | | Email/Text: collectors@arresourcesinc.com | Sep 14 2023 23:35:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14299527 | ^ | MEBN | Sep 14 2023 23:32:48 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14299531 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:35:00 | Amerimark Premier, AmeriMark Customer Service, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 14299532 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:35:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 14386619 | | Email/Text: megan.harper@phila.gov | Sep 14 2023 23:36:00 | City of Philadelphia/Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14379875 | | Email/Text: megan.harper@phila.gov | Sep 14 2023 23:36:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 19-12063-mdc  Doc 76  Filed 09/16/23  Entered 09/17/23 00:27:00  Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 14299535 | | ^ MEBN | Sep 14 2023 23:32:49 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike Suite 113e, Syosset, NY 11791-4401 |
| 14299536 | | ^ MEBN | Sep 14 2023 23:32:49 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14336442 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2023 23:43:59 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14299537 | + | Email/Text: bknotice@ercbpo.com | Sep 14 2023 23:36:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14299538 | + | Email/Text: bknotice@ercbpo.com | Sep 14 2023 23:36:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14322627 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2023 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14299540 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2023 23:36:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14299539 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2023 23:36:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14299542 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:36:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14299541 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:36:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14340093 | + | Email/PDF: ebnotices@pnmac.com | Sep 14 2023 23:44:01 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14299544 | + | Email/PDF: ebnotices@pnmac.com | Sep 14 2023 23:45:17 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14299543 | + | Email/PDF: ebnotices@pnmac.com | Sep 14 2023 23:43:59 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14299545 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:36:00 | Seventh Ave, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14299546 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:36:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14299547 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:36:00 | Seventh Avenue, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14299548 | + | Email/Text: bankruptcy@sccompanies.com | Sep 14 2023 23:36:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14301099 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:45:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14300540 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:45:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14303016 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 14 2023 23:45:08 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

Case 19-12063-mdc   Doc 76   Filed 09/16/23   Entered 09/17/23 00:27:00   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: pdf900 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| PAUL H. YOUNG | on behalf of Debtor David T. Slabek support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Christy M. Slabek support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID T SLABEK<br>CHRISTY M SLABEK | Chapter 13 |
| Debtor | Bankruptcy No. 19-12063-mdc |

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date; 09/08/2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge