# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christy M. Slabek aka Christy M. Higgins**<br>　　　**David T. Slabek**<br>　　　　　　　　　　**Debtor(s)**<br><br>**PennyMac Loan Services, LLC**<br>　　　　　　　　　　**Movant**<br>　　　　　**vs.**<br><br>**Christy M. Slabek aka Christy M. Higgins**<br>**David T. Slabek**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.,**<br>　　　　　　　　　　**Trustee** | **BK NO. 19-12063 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 21, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Christy M. Slabek aka Christy M. Higgins
4205 Bleigh Ave
Philadelphia, PA 19136

David T. Slabek
4205 Bleigh Ave
Philadelphia, PA 19136

<u>Attorney for Debtor(s)</u>
Paul H. Young, Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>April 21, 2023</u>

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com